lien. He must be deemed, therefore, to have waived any right to proceed against the principal. Matter of Bateman, 7 Misc. Rep. 633, 28 N. Y. Supp. 36, affirmed 145 N. Y. 623, 40 N. E. 10; Tuthill v. Wilson, 90 N. Y. 423.

HIRSCHBERG, J., dissents.

KING, Respondent, v. SYRACUSE, L. S. & N. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Arvilla King against the Syracuse, Lake Shore & Northern Railroad Company.

PER CURIAM. Judgment of Oswego County Court (131 N. Y. Supp. 878), and judgment and order of City Court of Fulton, reversed, and the complaint dismissed, with costs in all courts to the appellant. Held, that the proof shows that the overcharge was made through inadvertence and mistake not amounting to gross negligence, and defendant's motion for a nonsuit should have been granted.

KOERNER, Appellant, v. BALTERANSKY, Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Herman Koerner against Louis Balteransky.

PER CURIAM. Judgment affirmed, with costs. The plaintiff, suing on an assigned claim, failed to offer evidence that the damages which he sought to recover had been sustained by his assignor. The motion to dismiss called this defect in the proof to the attention of plaintiff's counsel.

KORN, Respondent, v. FREEDLANDER, Appellant. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by Louis Korn against Joseph H. Freedlander. D. Leventritt, of New York City, for appellant. M. D. Steuer, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $10,000, with interest from August, 1908, in which event judgment, as so modified, and order, affirmed, without costs. Settle order on notice. See, also, 141 N. Y. Supp. 1127.

KORN, Respondent, v. FREEDLANDER, Appellant. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by Louis Korn against Joseph H. Freedlander. D. Leventritt, of New York City, for appellant. M. D. Steuer of New York City, for respondent. No opinion. Order affirmed, without costs. Order filed. See, also, 141 N. Y. Supp. 1127.

KORN v. FREEDLANDER. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Louis Korn against Joseph H. Freedlander. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1127.

KOWES v. CATOIR et al. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Gustave Kowes against John Catoir and another. No opinion. Motion granted, with $10 costs. Order filed.

KUZNESKY, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) Action by George E. Kuznesky, as administrator, etc., against George E. Smith. No opinion. Order affirmed, with $10 costs and disbursements.

LAEZZA, Appellant, v. NATIONAL LICORICE CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Antonio Laezza, as administrator, etc., of Joseph Laezza, deceased, against the National Licorice Company. No opinion. Judgment unanimously affirmed, with costs.

LA FAYETTE STREET CHURCH SOCIETY OF BUFFALO, Respondent, v. NORTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by the La Fayette Street Church Society of Buffalo against Herbert F. J. Norton.

PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, the said appeal is ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. See, also, 133 N. Y. Supp. 671.

LAMBERT, J., not sitting.

LAMSON et al., Respondents, v. KING, Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Myra S. Lamson and another against Robert C. King. E. S. Clinch, of New York City, for appellant. C. D. Rogers, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LANDEKER v. PROPERTY SECURITY CO. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Adolf H. Landeker against the Property Security Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 141 N. Y. Supp. 1127, 1128.

LANDEKER v. PROPERTY SECURITY CO. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Adolf H. Landeker against the Property Security Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1127, 1128.

LANDEKER, Respondent, v. PROPERTY SECURITY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Adolf H. Landeker

against the Property Security Company and another. J. P. Tolins, of New York City, for appellants. B. H. Arnold, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 141 N. Y. Supp. 1127, 1128.

LANDEKER, Respondent, v. PROPERTY SECURITY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Adolf H. Landeker against the Property Security Company and another. A. Feldblum, of Brooklyn, for appellants. B. H. Arnold, of New York City, for respondent. No opinion. Judgment (140 N. Y. Supp. 745) affirmed, with costs. Order filed. See, also, 141 N. Y. Supp. 1127, 1128.

LANE, Appellant, v. SMYER, Respondent. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Thomas S. Lane against John J. Smyer. I57 A A 569 PER CURIAM. Order of the City Court of Yonkers reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the ground that the motion should be based upon proper affidavit made by the defendant for leave to serve an amended answer, and not upon the affidavit of the attorney to compel plaintiff to accept an amended answer, which defendant may make, if so advised.

LASCH, Respondent, v. LASCH, Appellant. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by William F. Lasch against Louis Lasch, as administrator. D. J. Dowling, for appellant. R. J. Heisler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LASHER, Respondent, v. McDERMOTT, Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Action by Abbie Lasher against Thomas F. McDermott, as executor, etc., of Rose Quest, deceased. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 141 N. Y. Supp. 574.

LAU, Respondent, v. LAU, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Annie Lau against Albert Lau. No opinion. Order (140 N. Y. Supp. 310) affirmed, with $10 costs and disbursements.

LAWRENCE, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Action by Cyrus P. Lawrence against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. Reargument, and appeal to Court of Appeals, denied 141 N. Y. Supp. 1128.

LAWRENCE, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Cyrus P. Lawrence against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Motion for reargument (of 141 N. Y. Supp. 1128), or for leave to appeal to the Court of Appeals, denied.

LAZARONY, Respondent, v. BLACKBURN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) Action by Joseph L. Lazarony against John Blackburn. No opinion. Order affirmed, with $10 costs and disbursements.

LEGGET, Respondent, v. PELLETREAU, et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by David G. Legget against Florence E. Pelletreau and another, as administratrix, etc. No opinion. Judgment affirmed, with costs.

LEHRER v. ASSURANCE LEAGUE OF AMERICA et al. (Supreme Court, Appellate Term, First Department. May 8, 1913.) Appeal from City Court of New York, Trial Term. Action by Philip Lehrer against the Assurance League of America and others. From a City Court judgment for plaintiff, and for defendant Solomon Augenblick against the defendants the Assurance League of America and Goodhart, and from an order denying the motion of the latter to set aside the verdict and for a new trial, they appeal. Reversed in part, and affirmed in part. William A. Goodhart, in pro. per. Edward A. Isaacs, of New York City, for appellant Assurance League of America. Henry Kuntz, of New York City (M. Spencer Bevins, of New York City, of counsel), for respondent Lehrer. Louis B. Brodsky, of New York City, for respondent Augenblick.

PER CURIAM. The contract placed in evidence by the plaintiff provides that upon payment of the money due to the deputies under their agreement to William A. Goodhart, and acceptance of his receipt therefor, the Assurance League of America shall be discharged of all liability for commissions under the agreement. It is conceded that the said League has paid the sum of $1,310 to Goodhart pursuant to this provision, and Goodhart's receipt is in evidence. The judgment against the Assurance League of America is therefore reversed, with costs, and as to it the complaint is dismissed, with costs. The judgment against the defendant William A. Goodhart is affirmed, with costs.

LEMMON, Appellant, v. REID, Respondent. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Wilbur S. Lemmon against Wallace Reid. M. Conboy, of New York City, for appellant. H. A. Heydt, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LEVINE, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30,